**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 06-7773**

---

ANTHONY ANDREWS,

Plaintiff - Appellant,

versus

ELIZABETH MS. LIBBY JORDAN; JAMES C. FOX,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Malcolm J. Howard, Senior
District Judge.  (5:06-CT-3047-H)

---

Submitted:  April 11, 2007            Decided:  April 27, 2007

---

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Anthony Andrews, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Andrews appeals the district court's order dismissing under 28 U.S.C. § 1915(e)(2)(B) (2000) his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). Andrews also appeals the district court's denial of his subsequent Fed. R. Civ. P. 59(e) motion for reconsideration. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. <u>See</u> <u>Andrews v. Jordan</u>, No. 5:06-CT-3047-H (E.D.N.C. June 19, 2006 & Sept. 29, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>